**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01233-CV

**DALLAS POLICE AND FIRE PENSION SYSTEM, Appellant**

**V.**

**ANTHONY ARREDONDO, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03434-2016**

## ORDER

By letter dated November 18, 2016, we directed Collin County District Clerk Lynne Finley to file, no later than November 28, 2016, either (1) a supplemental clerk's record containing a copy of the trial court's July 26, 2016 order granting Third Party Defendant's (the City Officials) plea to the jurisdiction, or (2) written verification the order cannot be located. *See* TEX. R. APP. P. 34.5(c). To date, Ms. Finley has not responded. Accordingly, we **ORDER** Ms. Finley, to file**, no later than December 19, 2016,** the requested record or written verification.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/     CRAIG STODDART
        JUSTICE